1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

| | |
|---|---|
| ESTATE OF BURKHARD KETSCHAU, et al., | CASE NO. C23-1676JLR |
| Plaintiffs, | ORDER |
| v. | |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | |
| Defendant. | |

16   Before the court is Plaintiffs Ryan Ketschau, Ruby Ketschau, and the Estate of

17   Burkhard Ketschau's (together, "Plaintiffs") renewed *ex parte* motion for leave to file an

18   amended complaint.  (Mot. (Dkt. # 12).)  "The court should freely give leave when

19   justice so requires."  Fed. R. Civ. P. 15(a)(2).  Here, Plaintiffs seek the court's leave to

20   file an amended complaint that (1) corrects the amount of damages sought, (2) reflects

21   the court's previous ruling that only Mr. Ketschau may proceed *pro se* on behalf of the

22   Estate of Burkhard Ketschau (*see* 12/21/23 Order (Dkt. # 11) at 2), and (3) makes other

ORDER - 1

1  clerical corrections.  (*See* Mot. at 17, 19, 21, 23, 25, 28, 30.)  The court has reviewed the

2  motion, the proposed complaint, the relevant portions of the record, and the governing

3  law.  Being fully advised, the court GRANTS Plaintiffs' motion (Dkt. # 12).  Plaintiffs

4  shall file their amended complaint no later than **January 23, 2024**.

5        Dated this 9th day of January, 2024.

6

7                                        JAMES L. ROBART
                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2