UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF BURKHARD KETSCHAU, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. C23-1676JLR<br><br>ORDER |

On February 29, 2024, the court ordered Plaintiffs Ryan Ketschau, Ruby E. Ketschau, and the Estate of Burkhard Ketschau ("Plaintiffs") to show cause why this matter should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). (2/29/24 OSC (Dkt. # 19).) Based on Plaintiffs' timely response, the court discharged its order to show cause and extended the deadline for Plaintiffs to serve their complaint, conditioned upon Plaintiffs' filing of their amended complaint on the docket by no later than April 5, 2024. (3/19/24 Order (Dkt. # 19) at 3.) The court warned that

ORDER - 1

"[i]f Plaintiffs fail[ed] to timely file their amended complaint, the court will dismiss this case without prejudice for failure to comply with Rule 4(m)." (*Id.*)

The April 5, 2024 deadline has now passed, and Plaintiffs have failed to file their amended complaint on the docket as ordered. (*See generally* Dkt.) Accordingly, the court DISMISSES this action without prejudice.

Dated this 11th day of April, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2