UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF BURKHARD KETSCHAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C23-1676JLR <br><br> ORDER |

Before the court is *pro se* Plaintiffs Ryan Ketschau, Ruby E. Ketschau, and the Estate of Burkhard Ketschau's (collectively, "Plaintiffs") motion for summary judgment. (MSJ (Dkt. # 22); Docs. (Dkt. ## 23-24).) The court DENIES the motion because the court dismissed this action without prejudice and closed the case approximately five months ago, on April 11, 2024. (*See* 4/11/24 Order (Dkt. # 21).)

//

//

ORDER - 1

1   Should Plaintiffs wish to continue pursuing their claims, they must do so by
2   opening a new case.
3   Dated this 10th day of September, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2